EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: | 2008 TSPR 150 |
| Javier de la Luz Gamarra | 175 DPR \_\_\_\_ |

Número del Caso: TS-10439

Fecha: 2 de septiembre de 2008

Abogado de la Parte Peticionaria:

Por Derecho Propio

Materia: Readmisión al Ejercicio de la Abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Javier de la Luz Gamarra                    TS-10439

SALA DE VERANO INTEGRADA POR EL JUEZ PRESIDENTE SEÑOR HERNÁNDEZ DENTON, EL JUEZ ASOCIADO SEÑOR RIVERA PEREZ Y LA JUEZA ASOCIADA SEÑORA FIOL MATTA.

RESOLUCIÓN

San Juan, Puerto Rico, a 2 de septiembre de 2008.

Evaluada la "Moción Solicitando Readmisión a la Practica de la Profesión de la Abogacía en Pueto Rico" presentada por la parte peticionaria, se autoriza la readmisión al ejercicio de la abogacía.

Notifíquese por teléfono, facsímil y por la vía ordinaria.

Lo acordó el Tribunal y certifica la Secretaría del Tribunal Supremo.


                          Aida I. Oquendo Graulau
                       Secretaria del Tribunal Supremo